David L. Miller, Bar No. 3736
Chapter 7 Trustee
PO Box 9
Farmington, UT 84025-0009
Telephone: (801) 447-8777
Facsimile: (801) 447-8834
E-mail: davidlmillerpc@msn.com
    Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH – NORTHERN DIVISION

In re:

DIEGO C. ROYBAL
JANET L. ROYBAL,
    Debtor(s)

Bankruptcy No. 09-29768
(Chapter 7)
Judge Joel T. Marker



## DEPOSIT OF UNCLAIMED FUNDS

David L. Miller, the duly-appointed and acting Chapter 7 Trustee of the above named debtor represents to the Court that:

    ___ A      The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

    ✔ B      The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---------|--------------------------------|------------|
|         | Mountain West Anesthesia<br>PO Box 3570<br>SLC, UT 84110-3570 | $1.66 |
|         | American Infosource LP as Agent of<br>T Mobile / T-Mobile USA Inc.<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | $3.77 |

A check in the amount of $5.43 representing said funds is payable to the United States Bankruptcy Court, and is attached hereto.

DATED the day of June 3, 2011

_____
DAVID L. MILLER
Chapter 7 Trustee